IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-0029 |
| | ) | Judge Nixon |
| KEVIN ROSS | ) | |
| | ) | |

## ORDER

Pending before the Court is the Government's Motion to Dismiss Without Prejudice (Doc. No. 52), per Rule 48(a) of the Federal Rules of Criminal Procedure. The Court hereby **ORDERS** that this action be **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 11 day of January, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT